THE HONORABLE MARSHA J. PECHMAN

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 1 3 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

06-CV-00965-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL MANECHOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SEAFOODS COMPANY, LLC, a Delaware Corporation,<br><br>　　　　Defendant. | At Law and In Admiralty<br><br>No. CV06-0965<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE |

This matter has come before the Court on the parties Stipulated Motion to Dismiss Action with Prejudice. The Court having reviewed the parties' motion, the filings in the case and the fact that the parties have reached and perfected a settlement of plaintiffs' claims, and being fully advised finds that an order dismissing the action with prejudice is warranted. *See* Fed. R. Civ. P. 41(2).

THEREFORE, the Court hereby ORDERS that plaintiffs' motion to dismiss be GRANTED, and that this matter be dismissed <u>with</u> prejudice.

[PROPOSED] ORDER GRANTING THE PARTIES STIPULATED
MOTION TO DISMISS
(Case No. CV06-0965) – Page 1
26740 NORTHER JAEGER ig100403

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-1990

1     DATED this _B_ day of July, 2007.

2

3

                    HONORABLE MARSHA J. PECHMAN
4                     UNITED STATES DISTRICT JUDGE

5

6   Presented By:

7   _/s/ (approved via facsimile) Christopher D. Keubler_
    Christopher D. Kuebler, Pro Hac Vice
8   Attorney for Plaintiff
    O'Bryan Baun Cohen Kuebler
9   401 S. Old Woodward, Suite 320
    Birmingham, Michigan 48009
10   Telephone: (248) 258-6262
    Fax: (248) 258-6047
11   E-mail: ckeubler@obryanlaw.net

12

    _/s/Robert P. Zarkos_
13   Eric R. McVittie, WSBA #20538
    Robert P. Zarkos, WSBA #35893
14   Attorney for Defendant
    LeGros, Buchanan & Paul
15   701 Fifth Avenue, Ste. 2500
    Seattle, WA 98104
16   Telephone: (206) 623-4990
    Fax: (206) 467-4828
17   E-mail: emcvittie@legros.com

[PROPOSED] ORDER GRANTING THE PARTIES STIPULATED MOTION TO DISMISS
(Case No. CV06-0965) – Page 2
26740 NORTHER JAEGER ig100403

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

## CERTIFICATE OF SERVICE

I hereby certify that on July 10th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Marsha J. Pechman, and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 10th day of July 2007.

/s/ *Leslie A. Listy*
Leslie A. Listy
Legal Secretary to Robert P. Zarkos, Esq.
LeGros Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104
Telephone:     206-623-4990
Facsimile:      206-467-4828
E-mail:           llisty@legros.com

[PROPOSED] ORDER GRANTING THE PARTIES STIPULATED
MOTION TO DISMISS
(Case No. CV06-0965) – Page 3
26740 NORTHER JAEGER ig100403

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990